UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **ANTONIO JONES #43278-007** | **CIVIL ACTION NO. 1:24-CV-01386 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **UNITED STATES ET AL** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 7), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that this civil action is **DISMISSED** under 28 U.S.C. §§ 1915A and 1915(e)(2), **WITH PREJUDICE** as to the claim filed under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), and **WITHOUT PREJUDICE** for lack of jurisdiction as to the claim filed under the Federal Tort Claims Act.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED** this 26th day of March, 2025, in Alexandria, Louisiana.

_Jerry Edwards, Jr._
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**